**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02063-CMA

THAO THI PHAM,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits

of Judge Christine M. Arguello entered on February 25, 2015 it is

the motion for entered orally by Judge Christine M. Arguello in open court on . It is

ORDERED that ORDERED that the ALJ's denial of social security disability benefits

in this case is AFFIRMED. Each party shall bear its own costs and attorney fees.

Dated at Denver, Colorado this 26th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  Sandra Hartmann
          Sandra Hartmann
          Deputy Clerk